UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PARVIZ LAVI,<br><br>        Plaintiff,<br><br>  -against-<br><br>DWS, ET AL,<br><br>        Defendants. | 22-CV-7501 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the January 26, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: January 26, 2023
    New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
                Chief United States District Judge